UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WITCHES BREW TOURS LLC,<br>Plaintiff, | § § § | Case No. 2:21-cv-02051-BWA-MBN<br>(Antitrust) |
| v. | § § § | |
| NEW ORLEANS ARCHDIOCESAN<br>CEMETERIES d.b.a. NEW ORLEANS<br>CATHOLIC CEMETERIES and<br>CEMETERY TOURS NOLA LLC,<br>Defendants. | § § § § § § | NOTICE OF APPEAL |

Notice is hereby given that the Association of Cemetery Tour Guides and Companies L3C d.b.a. New Orleans Association of Cemetery Tour Guides and Companies, sole plaintiff in the above-styled case, hereby appeals to the United State Court of Appeals for the Fifth Circuit from an order, denying plaintiff's motion for preliminary injunction for failure to show irreparable injury, entered in this case on the 27th day of January 2022, R. Doc. 41.

The same order also found that plaintiff had failed to demonstrate antitrust standing for failure to adequately demonstrate a nexus with interstate commerce. Plaintiff disagrees with this finding, but the point is now moot because plaintiff filed a second amended and supplemental complaint on the 11th day of February 2022, R. Doc 42.

Dated: February 22, 2022                DAVID W. NANCE LAW FIRM LLC

                                                                                      /s/ David W. Nance
                                     By: _____

                                     David W. Nance (La. Bar #25467)
                                     DAVID W. NANCE LAW FIRM, LLC

        3912 Constance Street  
        New Orleans, Louisiana 70115  
        (504) 450-3938 direct  
        (504) 355-1669 fax  
        david@dwnlaw.com  

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2022, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:   /s/ David W. Nance  
       _____  
       DAVID W. NANCE