UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WITCHES BREW TOURS, LLC | CIVIL ACTION |
| VERSUS | NO. 21-2051 |
| NEW ORLEANS ARCHDIOCESAN CEMETERIES, d.b.a., NEW ORLEANS CATHOLIC CEMETERIES | SECTION M (5) |

## JUDGMENT

In accordance with this Court's Order & Reasons (R. Doc. 83) granting the motions to dismiss of defendants New Orleans Archdiocesan Cemeteries and New Orleans Catholic Cemeteries,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants DISMISSING the federal antitrust claims of plaintiff New Orleans Association of Cemetery Tour Guides and Companies, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants DISMISSING the state-law claims of plaintiff New Orleans Association of Cemetery Tour Guides and Companies, without prejudice.

New Orleans, Louisiana, this 22nd day of August, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE