UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WITCHES BREW TOURS LLC,<br>Plaintiff, | §<br>§<br>§ | Case No. 2:21-cv-02051-BWA-MBN<br>(Antitrust) |
| v. | §<br>§ | |
| NEW ORLEANS ARCHDIOCESAN<br>CEMETERIES d.b.a. NEW ORLEANS<br>CATHOLIC CEMETERIES and<br>CEMETERY TOURS NOLA LLC,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | NOTICE OF APPEAL |

Notice is hereby given that the Association of Cemetery Tour Guides and Companies L3C d.b.a. New Orleans Association of Cemetery Tour Guides and Companies ("Appellant"), sole plaintiff in the above-styled case, hereby appeals to the United State Court of Appeals for the Fifth Circuit from the following orders and judgment:

1) an order entered by the district court on the 12th day of August 2022 [R. Doc. 82] denying plaintiff's timely motion for review of the magistrate judge's order [R. Doc 77] denying Appellant's motion [R. Doc 67] for leave to amend its live complaint by adding six recently acquired affidavits.

2) an order entered by the district court on the 22nd day of August 2022 [R. Doc. 83] granting the defendants' motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure [R. Docs. 53 and 54].

3) a judgment entered by the district court on the 22nd day of August 2022 [R. Doc 84] dismissing all of Appellant's claims in the above-styled action.

This appeal involves many of the same factual and legal issues involved in Case 22-30091 before the Fifth Circuit, United States Court of Appeals and tentatively scheduled for oral argument the week of November 7, 2022.

Dated: August 30, 2022　　　　　　　　　　DAVID W. NANCE LAW FIRM LLC

　　　　　　　　　　　　　　　　　　　　　　/s/ David W. Nance
　　　　　　　　　　　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　David W. Nance (La. Bar #25467)
　　　　　　　　　　　　　　　　　　　DAVID W. NANCE LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　　3912 Constance Street
　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70115
　　　　　　　　　　　　　　　　　　　(504) 450-3938 direct
　　　　　　　　　　　　　　　　　　　(504) 355-1669 fax
　　　　　　　　　　　　　　　　　　　david@dwnlaw.com

　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFF/APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2022, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　/s/ David W. Nance
　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　DAVID W. NANCE